# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

SETANTA SPORT LTD.,
          Plaintiff

v.

ANGORA,
          Defendants.

CIVIL ACTION NO.:
04-11533-EFH

## ORDER OF DISMISSAL

October 6, 2004

HARRINGTON, S.D.J.

    The plaintiff having failed to appear for a scheduled Initial Scheduling Conference, the case is dismissed for want of prosecution.

    SO ORDERED.

                                    /s/ Edward F. Harrington
                                    EDWARD F. HARRINGTON
                                    United States Senior District Judge